By the Court.
 

 Counsel for the county auditor and treasurer maintains that the relief sought-is, in effect, injunction to prevent the collection of delinquent sewer rentals and therefore mandamus will not lie.
 

 “The writ must not be issued in a case where there
 
 *579
 
 is a plain and adequate remedy in the ordinary course of the law. * * *” Section 12287, General Code;
 
 State, ex rel. Methodist Book Concern,
 
 v.
 
 Guckenberger, Auditor,
 
 133 Ohio St., 373, 14 N. E. (2d), 9.
 

 Writ denied.
 

 Weygandt, C. J., Day, Zimmerman, Williams, Myers, Matthias and Hart, JJ., concur.